[Nos. 18538–1–I; 19016–4–I.   Division One.   May 9, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. MITCHELL LEE
GERAS, *Appellant.*

Appeals from judgments of the Superior Court for King
County, No. 84–1–02765–3, Nancy A. Holman, J., entered
August 15 and May 19, 1986. *Affirmed* and *remanded with
instructions* by unpublished opinion per Winsor, J., con-
curred in by Grosse and Webster, JJ.

[No. 20609–5–I.   Division One.   May 9, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. BRIAN YORK,
*Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 85–1–00978–3, Gerald L. Knight, J.,
entered June 13, 1986. *Dismissed* by unpublished per
curiam opinion.

[No. 20735–1–I.   Division One.   May 9, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. CARLOS
MONTEROSA GUEVERA, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 87–1–00861–1, Stephen M. Reilly, J., entered
June 17, 1987. *Dismissed* by unpublished per curiam opin-
ion.

[No. 8456–6–III.   Division Three.   May 10, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. LINZEY SMITH,
*Appellant.*

Appeal from a judgment of the Superior Court for
Franklin County, No. 86–1–50219–9, Fred R. Staples, J.,
entered March 4, 1987. *Affirmed* by unpublished opinion
per Green, J., concurred in by Thompson, A.C.J., and
Munson, J.